IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:19-cr-404 |
| | ) | |
| V. | ) | 41 U.S.C. §§2102(b) and 2105(a) |
| | ) | |
| STEVEN ANSTINE | ) | |
| | ) | |

THE UNITED STATES CHARGES:

## COUNT ONE
**Obtaining Procurement Information**

From in or around December 2016 to in or around March 2017, in the District of South Carolina and elsewhere, the Defendant, **STEVEN ANSTINE,** knowingly obtained contractor bid and proposal information before the award of a Federal agency procurement contract to which the information related, in order to obtain a competitive advantage in the award of a Federal agency procurement contract.

In violation of Title 41, United States Code, Sections 2102(b) and 2105(a).

s/Sherri A. Lydon
SHERRI A. LYDON
UNITED STATES ATTORNEY

s/Annalou Tirol
ANNALOU TIROL
ACTING CHIEF
PUBLIC INTEGRITY SECTION